# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLY WEBSTER | CIVIL ACTION |
| VERSUS | |
| LOUISIANA WOMEN'S HEALTHCARE ASSOCIATES, LLC | NO. 19-00869-BAJ-SDJ |

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED** and **DECREED** that Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and expenses, including attorneys' fees.

Baton Rouge, Louisiana, this 5th day of October, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Jury